UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARCIA SCHORR,

                            Plaintiff,

-v-

AMERICAN ARBITRATION ASSOCIATION & THE INTERNATIONAL CENTRE FOR DSPUTE RESOLUTION,

                            Defendants.

21 Civ. 5569 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On June 25, 2021, defendants filed a notice of removal. Dkt. 1. On June 28, 2021 the Court scheduled an initial pretrial conference for August 4. Dkt. 5. On July 12, 2021, plaintiff has filed a motion to remand to state court. Dkt. 14. The defendants' opposition is due July 27, 2021. Any reply is due August 3, 2021. The Court also adjourns the currently scheduled conference; it will be rescheduled depending on the outcome of the motion to remand.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: July 12, 2021
       New York, New York