# Schnader
*The Higher Calling of the Law*

ATTORNEYS AT LAW

140 Broadway   Suite 3100
New York, NY   10005-1101
212.973.8000   Fax 212.972.8798   schnader.com

Theodore L. Hecht
Direct Dial: 212-973-8160
Direct Fax: 212-972-8798
E-mail: thecht@schnader.com

February 4, 2022

**VIA ECF**
Honorable Paul A. Engelmayer
United States District Court,
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

RE:   *Schorr v. American Arbitration Association, Inc. et al.*
Civil Action No. 1:21-cv-05569(PAE)(KHP)

Dear Judge Engelmayer:

We represent defendants in the above referenced case. We consulted with plaintiff's counsel David Schorr who informs us that plaintiff will be filing a second amended complaint as permitted by the Court's February 1, 2022 Opinion and Order (ECF Doc. 22). Plaintiff and defendants therefore jointly request that the Court adjourn the filing of a proposed case management plan, joint letter and initial pretrial conference until after the filing of a second amended complaint, full submission of a motion to dismiss and the Court's decision. The Court presently has scheduled the filing of a proposed case management plan and joint letter for **February 7, 2022** and the initial case management conference for **February 10, 2022 at 4:00 p.m.** *See* ECF Doc. 22. This is the first request by the parties for the adjournments requested herein.

Respectfully,

*/s/ Theodore L. Hecht*

Theodore L. Hecht
TLH/dwg                                         For SCHNADER HARRISON SEGAL & LEWIS LLP

cc: David E. Schorr, Esq.
(via ECF, email des@schorrlegal.com)

---

The request is denied. The conference will go forward, by telephone. The Court invites the parties to include in their joint letter any circumstances bearing on the proposed case management plan, including as to the implications for discovery, in light of the anticipated motion to dismiss. SO ORDERED.

*/s/ Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
2/4/2022