UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCIA SCHORR,

                              Plaintiff,

              -v-

AMERICAN ARBITRATION ASSOCIATION, and THE
INTERNATIONAL CENTRE FOR DISPUTE
RESOLUTION,

                              Defendants.

21 Civ. 5569 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On February 10, 2022, the Court held an initial pretrial conference in this case. At the

conference, the Court stayed discovery pending resolution of the anticipated motion to dismiss,

the briefing schedule for which is set out in the Court's opinion and order issued February 1,

2022.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: February 10, 2022
        New York, New York