UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARCIA SCHORR,

                      Plaintiff,

          -v-

AMERICAN ARBITRATION ASSOCIATION INC.,
THE INTERNATIONAL CENTRE FOR DISPUTE
RESOLUTION, and SEBASTIAN DOGGART,

                      Defendants.

21 Civ. 5569 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On March 25, 2022, *pro se* defendant Sebastian Doggart, via email, objected to plaintiff's request to extend the time to oppose non-*pro se* defendants' motion to dismiss—which the Court had already granted. *See* Appended Email; Dkt. 38. Doggart's communication was the second he has submitted to the Court via email. *See* Dkt. 35 (responding to first email from Doggart, and instructing him to access ECF and contact the Court's Pro Se Intake Unit for assistance).

The Court will no longer respond to Doggart's email communications. The Court will entertain requests from the parties exclusively via letters filed on the docket of this case, *i.e.*, filed on ECF. Doggart is reminded to contact the Court's Pro Se Intake Unit at (212) 805-0175, or to visit in person at the Thurgood Marshall Courthouse, 40 Foley Square, Room 105, New York, New York 10007, during normal business hours, 8:30 a.m. – 5:00 p.m., Monday – Friday, for assistance. The Court declines to address the substance of the assertions of impropriety made in Doggart's March 25 email.

2

SO ORDERED.

*[signature: Paul A. Engelmayer]*

PAUL A. ENGELMAYER
United States District Judge

Dated: March 31, 2022
       New York, New York

# Engelmayer NYSD Chambers

| | |
|---|---|
| **From:** | Sebastian Doggart <sebastiandoggart@gmail.com> |
| **Sent:** | Friday, March 25, 2022 4:32 PM |
| **To:** | NYSD ECF Pool; Engelmayer NYSD Chambers |
| **Cc:** | NYSD CourtMail; Remi E. Shea; Theodore Hecht; des@schorrlaw.com |
| **Subject:** | Re: Activity in Case 1:21-cv-05569-PAE Schorr v. American Arbitration Association et al Memo Endorsement |
| **Attachments:** | Letter from Schorr March 24 2022.pdf |

**CAUTION - EXTERNAL:**

Honorable Judge Engelmeyer:
I am in receipt of a letter from Mr Schorr, dated March 24, seeking an extension on his reply papers, and appended herewith.
Mr Schorr has a track record of legal games and frivolous litigation (including this highly publicized suit: https://nypost.com/2013/11/07/psychologist-called-dad-unfit-parent-for-refusing-son-mcdonalds-suit/
He also provides no valid reason for requesting and requiring this delay.
As such, I oppose this request, and ask the court to hold firm on its original schedule. This matter needs to be ended as soon as possible.
In addition, the court will see from Mr Schorr's letter that he did not copy me on this letter, which I had to receive it from the court itself. I respectfully ask that the court issue an order reminding and demanding that Mr Schorr ends this misconduct, and does not indulge in further ex parte correspondence.
Thank you.
Yours truly
Sebastian Doggart

On Fri, Mar 25, 2022 at 4:16 PM <NYSD_ECF_Pool@nysd.uscourts.gov> wrote:

> This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
> ***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.
>
> U.S. District Court
>
> Southern District of New York
>
> ## Notice of Electronic Filing
>
> The following transaction was entered on 3/25/2022 at 4:15 PM EDT and filed on 3/25/2022
> **Case Name:** Schorr v. American Arbitration Association et al
> **Case Number:** 1:21-cv-05569-PAE
> **Filer:**
> **Document Number:** 38

**Docket Text:**
**MEMO ENDORSEMENT on re: [36] Letter filed by Marcia Schorr. ENDORSEMENT: Granted. SO ORDERED. (Responses due by 4/7/2022) (Signed by Judge Paul A. Engelmayer on 3/25/2022) (jca)**

**1:21-cv-05569-PAE Notice has been electronically mailed to:**

David E. Schorr     des@schorrlegal.com

Theodore Lewis Hecht     thecht@schnader.com, 4558831420@filings.docketbird.com, arichardson@schnader.com, tclancy@schnader.com, thecht@thechtlaw.com

**1:21-cv-05569-PAE Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=3/25/2022] [FileNumber=27451680-0] [145836ae5bab1aa27b86c8a102f65639b7c61cab928c1245f7300a4a847c5a331b 18f80e87027a0ad49ba9add54ab285d03477d2be04e6d5de30bb17985661d8]]

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

2