David E. Schorr, Esq.
295 Madison Avenue, 12th Floor
New York, New York 10017

April 6, 2022

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

Re:   **Schorr v. American Arbitration Association, Inc. et al.**
      **Civil Action No. 1:21-cv-05569 (PAE)**
      **Letter-Motion to seal or to restrict access to Schorr matrimonial Decision After Trial**

Dear Judge Engelmayer:

On March 25, 2022, the Court granted my request for an extension of time to file plaintiff's opposition to the AAA-ICDR's motion to dismiss, thereby resetting the deadline for plaintiff's submission to April 7, 2022. Dkt. No. 38.

Sebastian Doggart has submitted a "Statement in Support of AAA's Motion to Dismiss the SAC." Dkt. No. 40.

According to Doggart, "[T]he purpose of this statement is solely to respond to the AAA's Motion to Dismiss, the deadline for which I understand to be April 7, 2022." See ¶ 3.

Doggart attached to his Statement, an unredacted copy of the financial Decision After Trial, dated February 26, 2016, in my matrimonial action (the "**Financial Decision**").

While it is my understanding that a document of this nature is supposed to be statutorily sealed under Section 235 of New York's Domestic Relations Law – and may not be released by anyone other than the parties and their counsel – of more immediate concern is the fact that the Financial Decision contains information that is prohibited under FRCP 5.2 (a), including our minor son's name and his date of birth, as well as the dates of birth of myself and my ex-wife. Our son's name is referenced repeatedly throughout the Financial Decision.

To the extent that the Court is so amenable, I certainly would be very grateful if the Court would perhaps please consider directing the Clerk of the Court to either seal the Financial Decision or to at least restrict its viewing status on PACER until I can make a further decision as to how best to proceed in respect of this matter.

I thank you very much for any consideration that you may give my request.

Respectfully submitted,

David E. Schorr

cc: Theodore L. Hecht, Esq. (via ECF)
    Sebastian Doggart (via email)

Granted. The Clerk of Court is directed to temporarily seal the filing and exhibit at docket entry 40. Plaintiff's counsel is directed to file the document with proposed redactions and supporting materials, consistent with this Court's individual rules, by April 11, 2022, at 5 p.m. *See* Individual Rule 4.B.

SO ORDERED.

Paul A. Engelmayer
PAUL A. ENGELMAYER
United States District Judge
4/7/2022