David E. Schorr, Esq.
295 Madison Avenue, 12th Floor
New York, New York 10017

May 12, 2022

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

    Re:    **Schorr v. American Arbitration Association, Inc. et al.**
            **Civil Action No. 1:21-cv-05569 (PAE)**
            **Letter-Motion to seal**

Dear Judge Engelmayer:

    This is to respectfully request that the arbitrator's name and modification of his name in Paragraph 16 of Plaintiff's Declaration (Doc. 57) be permitted to remain redacted out of respect for the arbitrator's privacy.

    I thank you very much for your consideration.

                                                Respectfully submitted,

                                               /s/ David E. Schorr
                                               David E. Schorr

cc:  Theodore L. Hecht, Esq. (via ECF)
      Sebastian Doggart (via email)

                    Granted.
                    SO ORDERED.

                                    *Paul A. Engelmayer*
                                    PAUL A. ENGELMAYER
                                    United States District Judge
                                    6/13/22