UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARCIA SCHORR,

                        Plaintiff,

      -against-                                          21 **CIVIL** 5569 (PAE)

## **JUDGMENT**

AMERICAN ARBITRATION ASSOCIATION
INC., THE INTERNATIONAL CENTRE FOR
DISPUTE RESOLUTION, and SEBASTIAN
DOGGART,

                        Defendants.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated December 27, 2022, the Court has granted the AAA-ICDR's and Doggart's motions to dismiss the SAC's claims under Rule 12(b)(6). This dismissal is with prejudice. The Court has denied Doggart's motion for sanctions; accordingly, the case is closed.

**Dated:** New York, New York
         December 27, 2022

                                                      **RUBY J. KRAJICK**

                                                        **Clerk of Court**

                        **BY:**       *K. Mango*

                                                        **Deputy Clerk**